N° 252   Supreme Court   *Asa Madison ad^m Joseph W. Torrey*
Fil^d June 27. 1836     Alex^r D. Fraser Atty for Deft

*Asa Madison ad^m* }
*Joseph W. Torrey* }
Supreme Court of the Territory of Michigan— June Term A.D. 1836.
Michigan towit:

Asa Madison the defendant comes & defends the right to the certain tract or parcel of land, and premises, with the appurtenances, claimed and demanded by Joseph W. Torrey, and puts himself upon a jury, and prays recognition to be made whether he the said plaintiff has greater right to have the tract and parcel of land aforesaid, with the appurtenances, as he the said plaintiff claims and demands, or whether he the said defendant to hold the tract or parcel of land aforesaid, with the appurtenances, as he the said Defendant now holds the same—

> ALEX^R D. FRASER
> Atty for Defendant

N° 252   *Joseph W. Torrey vs Asa Madison*    Filed
22^d August 1836     Howard & Sawyer attys for plff

*Joseph W Torrey vs* }
*Asa Madison* }
Supreme Court of the territory of Michigan June term A D 1836

Michigan to wit Joseph W Torrey in like Manner with the defendant puts himself upon a Jury & prays recognition to be made wether he the said plaintiff has greater right to have the Tract and parcel of Land aforesaid with the apertenances as he the said plaintiff claims & demands the same or whether he the said defendant to hold the tract and parcel of Land aforesaid with the appertenances as he the said defendant now holds the same

> HOWARD & SAWYER
> Attys for the plff